```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
UNITED STATES OF AMERICA,                  :
                                           :        18CR00552-1 (DLC)
            -v-                            :
                                           :        ORDER
FAUSTO VASQUEZ,                            :
                                           :
                  Defendant.               :
                                           :
-------------------------------------------X
```

DENISE COTE, District Judge:

The Probation Department having requested today authorization for defendant Fausto Vasquez to travel to the Dominican Republic from April 2, 2021 to April 7, 2021 due to a family emergency, it is hereby

ORDERED that the request is granted.

Dated:    New York, New York
          April 2, 2021

                                        _____
                                                DENISE COTE
                                        United States District Judge